```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :        15-CR-537 (VEC)
       -against-                         :
                                         :
MICHAEL BROWN,                           :        ORDER
                                         :
                                   Defendant.  :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 21, 2024, Mr. Brown filed a motion under Amendment 821 for a sentence reduction, *see* Dkt. 1908;

       WHERAS Mr. Brown also requested a copy of his updated Pre-Sentence Investigation Report ("PSR"), *see id.* at 3;

       WHEREAS on December 23, 2024, the Court denied the motion because Mr. Brown is ineligible for a sentence reduction and directed the Clerk of Court to mail a copy of the Court's endorsement and the revised PSR to Mr. Brown, *see* Dkt. 1911; and

       WHEREAS on January 27, 2025, the Court received a notification on ECF that the mail was returned because PSRs are not authorized to be in the possession of adults in custody.

       IT IS HEREBY ORDERED that the Clerk of Court mail a copy of this order and the endorsement at Dkt. 1911 to Mr. Brown at the following address: Michael Brown, 74205-054, FCI Ray Brook, P.O. Box 900, Ray Brook, NY 12977.

**SO ORDERED.**

Date: **January 28, 2025**
      **New York, New York**

                                                          _____
                                                           **VALERIE CAPRONI**
                                                    **United States District Judge**